IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN LEWIS ROSS, JR.,

                    Plaintiff,

  v.

                                              Case No. 19-cv-497-wmc

MATTHEW MARSKE, DANIEL F. SULLIVAN,
AND C. KIRBY,

                    Defendants.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing without prejudice this case.

| /s/ | 8/18/20 |
|---|---|
| Peter Oppeneer | Date |
| Clerk of Court | |